# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mayeron, Janie S. | U.S. District Court-Minnesota | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-FT | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Rational Energies - Consulting Fees |
| 2. | 2014 | LEAP Enterprises, LLC - Consulting Fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 09/30/2014 | Los Angeles, CA | Teach | Airfare, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds American Balanced Fund Class F-1 | A | Dividend | | | Sold | 06/20/14 | K | D | |
| 2. Lord Abbett Fundamental Equity Class A | A | Dividend | N | T | Sold (part) | 06/20/14 | K | D | |
| 3. Center Coast MLP Focus Fund Class A | C | Dividend | L | T | Buy (add'l) | 06/20/14 | K | | |
| 4. Fiserve Inc. - Common | | None | P1 | T | | | | | |
| 5. Fiserve Inc. - Restricted | | None | N | T | | | | | |
| 6. Franklin/Templeton Global Bond Fund Class C | C | Dividend | K | T | | | | | |
| 7. Franklin/Templeton Global Bond Fund Class A | B | Dividend | K | T | Buy | 06/20/14 | K | | |
| 8. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 9. Garmin Ltd Shs Chf | B | Dividend | K | T | | | | | |
| 10. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 11. Franklin Templeton Global Bond A | D | Dividend | M | T | | | | | |
| 12. U.S. Bank Account | A | Interest | K | T | | | | | |
| 13. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 14. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 15. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 16. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 17. Vanguard LifeStrategy Moderare Growth Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pioneer Global High Yield FD CL A | D | Dividend | L | T | Sold (part) | 01/17/14 | K | | |
| 19. American Funds AMCAP FD CL A | A | Dividend | M | T | Sold (part) | 11/18/14 | K | D | |
| 20. American Funds New Perspective CL A | A | Dividend | M | T | | | | | |
| 21. American Funds Capital World Growth & Income Fund Class A | C | Dividend | M | T | | | | | |
| 22. Aberdeen Asia Pacific Pacific Ex Japan Fund | A | Dividend | K | T | Buy (add'l) | 06/20/14 | J | | |
| 23. American Funds American Balanced Fund Class A | B | Dividend | M | T | | | | | |
| 24. Govt Natl Mtg Assn Pool 480189 | A | Interest | J | T | | | | | |
| 25. Fidelity Adv Mid Cap II- CL A | | None | M | T | Sold (part) | 11/18/14 | K | C | |
| 26. CenterCoast MLP Focus Fund Class A | C | Dividend | L | T | | | | | |
| 27. Black Rock Global Allocation Fund Inc A | B | Dividend | M | T | Buy (add'l) | 01/17/14 | K | | |
| 28. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 29. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 30. Mankato MN ISD #77 Tax SR A | D | Interest | M | T | | | | | |
| 31. Minnesota Agric & Econ Dev Brd Rev 5.92% MBIA Fairview Hosp | A | Interest | J | T | | | | | |
| 32. Hastings MN ISD #200 GO FSA St. Cred Prog Ref Ser-AUT B/E | A | Interest | | | Sold | 02/01/14 | K | | |
| 33. Minneapolis St. Paul Mn Tax Sr A Rv | A | Interest | K | T | | | | | |
| 34. Roseville Mn ISD 623 Sr B | C | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Farmington MN ISD #192 Ser B | B | Interest | L | T | | | | | |
| 36. Minnesota St. Higher Ed F Seven RV | C | Interest | M | T | | | | | |
| 37. Hopkins MN ISD 270 | C | Interest | M | T | | | | | |
| 38. Chisago Lakes ISD 2144 | A | Interest | | | Sold | 02/01/14 | L | | |
| 39. Hennepin Cnty Minn RFDG | C | Interest | M | T | | | | | |
| 40. Orono MN ISD No. 278 | C | Interest | M | T | | | | | |
| 41. Spring Lk Pk MN SD #16 | C | Interest | L | T | | | | | |
| 42. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 43. Howard Lake Waverly - Wins Se A | B | Interest | L | T | Buy | 01/12/14 | K | | |
| 44. Pelican Rapids MN Indp T SRA | | None | L | T | Buy | 02/20/14 | M | | |
| 45. Pioneer Strategic Incm CL A | C | Dividend | L | T | | | | | |
| 46. American Funds AMCAP Fd CL-A | A | Dividend | M | T | Sold (part) | 09/23/14 | K | D | |
| 47. American Funds New Perspective CL A | A | Dividend | M | T | Sold (part) | 03/10/14 | J | A | |
| 48. American Funds Capital World Growth & Income | C | Dividend | M | T | | | | | |
| 49. Enterprise Products Partner LP | B | Dividend | K | T | | | | | |
| 50. Oneok Partnership LP | C | Dividend | K | T | | | | | |
| 51. Center Coast MLP Focus Fund Class A | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Adv Mid Cap II CL A | | None | L | T | Sold (part) | 04/25/14 | K | C | |
| 53. Aberdeen Asia Pacific Pacific Ex Japan Fund | A | Dividend | L | T | Buy (add'l) | 04/25/14 | K | | |
| 54. Markwest Energy Partners LP Int. | C | Dividend | L | T | | | | | |
| 55. Franklin Templeton Global Bond Fund Class A | C | Dividend | L | T | Buy (add'l) | 09/23/14 | K | | |
| 56. Rose Rock Midstream LP MLP | B | Dividend | K | T | | | | | |
| 57. Fiserv Inc | | None | K | T | Buy | 12/15/14 | K | | |
| 58. UBS Bank SA Dep Acct. | A | Interest | K | T | | | | | |
| 59. RMA Tax Free Fund Inc | A | Dividend | M | T | | | | | |
| 60. Tradewinds International #58 (H) | | | | | | | | | |
| 61. -Aegon NV ADR NY SHS Netherlands ADR | A | Dividend | J | T | | | | | |
| 62. -Ageas Spon ADR | A | Dividend | J | T | Buy (add'l) | 07/29/14 | J | | |
| 63. -Agrium Inc (Canada) CAP | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | |
| 64. | | | | | Sold (part) | 10/24/14 | J | A | |
| 65. -Allianz SE SPR | | None | | | Sold (part) | 01/23/14 | J | A | |
| 66. | | | | | Sold | 01/24/14 | J | A | |
| 67. -Alstom ADR | | None | | | Sold (part) | 04/24/14 | J | A | |
| 68. -Axis Capital Holdings LTD Shs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Banco Santander Brasil ADS (X) | A | Dividend | | | Sold | 04/24/14 | J | | |
| 70. -Barrick Gold Corp Cad | A | Dividend | | | Sold (part) | 04/29/14 | J | | |
| 71. | | | | | Sold | 10/31/14 | J | | |
| 72. -Cameco Corp Canada CAD | A | Dividend | J | T | Sold (part) | 02/28/14 | J | | |
| 73. -Carrefour SA Spon ADR | A | Dividend | J | T | | | | | |
| 74. -Catlin Group Spon ADR | A | Dividend | J | T | Sold (part) | 02/14/14 | J | A | |
| 75. -Centrais Eletricas Bras SA Spon ADR Rep 50 Com | A | Dividend | J | T | | | | | |
| 76. -China Resources Pwr Hldgs Co ADR | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 77. | | | | | Sold (part) | 09/15/14 | J | A | |
| 78. -City Developments Ltd Spon ADR | A | Dividend | J | T | Buy | 02/28/14 | J | | |
| 79. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 80. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 81. -Credit Suisse Group Spon ADR | A | Dividend | J | T | | | | | |
| 82. -DAI Nippon Printing Co Spon ADR | A | Dividend | J | T | | | | | |
| 83. -DAICHI Sankyo Co LTD Spon ADR | A | Dividend | | | Sold | 06/11/14 | J | | |
| 84. -Electricite De France ADR | A | Dividend | J | T | | | | | |
| 85. -Ericsson Sek 10 New 2002 ADR | A | Dividend | J | T | Sold (part) | 09/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Finmeccanica Spa ADR | A | Dividend | | | Sold (part) | 01/13/14 | J | A | |
| 87. | | | | | Sold | 02/03/14 | J | A | |
| 88. -Flextronics Intl Ltd | | None | J | T | Buy | 01/29/14 | J | | |
| 89. -Fuji Film Holdings Corp ADR | A | Dividend | J | T | | | | | |
| 90. -Glaxo Smithkline PLC ADR | A | Dividend | J | T | | | | | |
| 91. -H Lundbeck A/S Spon ADR | | None | J | T | Buy | 11/17/14 | J | | |
| 92. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 93. -Henderson Land Dev Ltd Spon | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 94. | | | | | Sold (part) | 08/27/14 | J | A | |
| 95. -Home Retail Group PLC Spon ADR | A | Dividend | J | T | | | | | |
| 96. -HSBC Holdings PLC New FB Spon ADR | A | Dividend | J | T | Buy | 01/22/14 | J | | |
| 97. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 98. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 99. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 100. -Impala Platinum Hldg Ltd. Spon | | None | J | T | Buy | 09/11/14 | J | | |
| 101. -ING Group NVNL Spon ADR | | None | J | T | Sold (part) | 01/23/14 | J | A | |
| 102. -KB Finl Group Inc. Spon ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Kinross Gold Corp New CAD | | | | | Sold | 10/31/14 | J | | |
| 104. -Manpower Inc. Wis. | A | Dividend | J | T | | | | | |
| 105. -Mitsubishi Tanabe Pharma Corp Spon ADR | A | Dividend | J | T | | | | | |
| 106. -MS&AD Ins Group Hldgs ADR | A | Dividend | J | T | | | | | |
| 107. -Nippon Teleg & Tel Corp Spon ADR | A | Dividend | J | T | | | | | |
| 108. -OAO Gazprom Level 1 ADR Program (Russia) Spon ADR | A | Dividend | J | T | | | | | |
| 109. -Panasonic Corp Spon ADR | A | Dividend | J | T | | | | | |
| 110. Posco Spon ADR | A | Dividend | J | T | Buy | 03/08/14 | J | | |
| 111. -Rohm Co LTD ADR | A | Dividend | J | T | Sold (part) | 10/30/14 | J | | |
| 112. -Royal DSM NV Spon ADR | A | Dividend | J | T | | | | | |
| 113. -Royal Dutch Sell PLC ADS REP STG 2 CL B | A | Dividend | J | T | Buy (add'l) | 10/16/14 | J | | |
| 114. -Sanofi Spon ADR | A | Dividend | J | T | Buy (add'l) | 10/28/14 | J | | |
| 115. -Sekisui House LTD Spon ADR | A | Dividend | J | T | Buy (add'l) | 03/08/14 | J | | |
| 116. -Seven & I Hldgs Co LTD ADR | A | Dividend | J | T | | | | | |
| 117. -Shiseido Co LTD Spons ADR Japan | A | Dividend | J | T | | | | | |
| 118. -Siemens A G Spon ADR | A | Dividend | J | T | | | | | |
| 119. -SK Telecom Co LTD ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Sumitomo Mitsui Trust Holdings Spon ADR | A | Dividend | J | T | | | | | |
| 121. -Swisscom AG Spon ADR | A | Dividend | J | T | Sold (part) | 04/22/14 | J | A | |
| 122. | | | | | Sold (part) | 04/23/14 | J | A | |
| 123. -Talisman Energy Inc CAD | A | Dividend | | | Sold | 10/15/14 | J | | |
| 124. -Telecom Italia Spa New Repstg 10 Savings Shs Spon ADR | A | Dividend | J | T | Sold (part) | 06/05/14 | J | | |
| 125. | | | | | Sold (part) | 10/08/14 | J | | |
| 126. -Telenor ASA ADR | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 127. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 128. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 129. -Tesco PLS Spons ADR (X) | A | Dividend | J | T | Buy (add'l) | 10/17/14 | J | | |
| 130. -Teva Pharmaceuticals Ind Ltd | A | Dividend | J | T | Sold (part) | 01/29/14 | J | A | |
| 131. -TNT Express N V ADR | A | Dividend | J | T | | | | | |
| 132. -Toyota Motor Corp New Japan Spon ADR | A | Dividend | J | T | | | | | |
| 133. -TSB Bkg Group Ltd Unsponsored ADR2 | | None | J | T | Buy | 12/12/14 | J | | |
| 134. -Vallouric SA Spon ADR | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 135. -Vivendi SA ADR | | None | | | Sold | 03/07/14 | J | A | |
| 136. -Vodaphone Group PLC New Spon ADR | A | Dividend | | | Sold | 03/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Wacoal Holdings Corp ADR | A | Dividend | J | T | | | | | |
| 138. -Weatherford Intl Ltd Chf (X) | | None | | | Sold | 06/05/14 | J | A | |
| 139. -Wolters Kluwer NV Sponsored ADR Netherlands ADR | A | Dividend | J | T | | | | | |
| 140. Tealwood #70 (H) | | | | | | | | | |
| 141. -Abbvie Inc. Com | A | Dividend | J | T | Buy | 08/28/14 | J | | |
| 142. -Canadian Oil Sands LTD CAD | | None | | | Sold | 10/30/14 | J | B | |
| 143. -Ceilo SA Spon ADR | A | Dividend | J | T | Buy | 03/07/14 | J | | |
| 144. -ConAgra Food Inc. | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 145. -Conoco Phillips | A | Dividend | | | Sold | 08/25/14 | J | | |
| 146. -Credit Suisse Group Spon ADR | | None | J | T | Buy | 06/24/14 | J | | |
| 147. -Digital Realty Trust Inc. | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 148. -Dupont DeNemours | A | Dividend | J | T | | | | | |
| 149. -Glaxo SmithKline | A | Dividend | J | T | | | | | |
| 150. -Golar Lng Partners LP | A | Dividend | J | T | Buy | 10/14/14 | J | | |
| 151. -HCP Inc | A | Dividend | J | T | | | | | |
| 152. -Johnson & Johnson Comm | A | Dividend | J | T | | | | | |
| 153. -Merck & Co Inc New Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Meredith Corp. | A | Dividend | J | T | | | | | |
| 155. -Microsoft Corp | A | Dividend | | | Sold (part) | 08/22/14 | J | A | |
| 156. | | | | | Sold | 10/01/14 | J | C | |
| 157. -Phillippine Long Distance Tel Co Spons ADR | | | | | Sold | 11/12/14 | J | | |
| 158. -Sanofi Spon ADR | A | Dividend | J | T | | | | | |
| 159. -Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 160. -Teleus Corp CAD | A | Dividend | J | T | | | | | |
| 161. -Transcanada Corp (Holding Co) CAD | A | Dividend | | | Sold | 02/28/14 | J | A | |
| 162. -Transocean Ltd Chf | A | Dividend | | | Sold | 05/29/14 | J | | |
| 163. -Verizon Communications Inc | B | Dividend | J | T | Sold (part) | 02/24/14 | J | B | |
| 164. -Vodafone Group PLC New Spon ADR | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 165. -Coeur D'Alene Mines Corp NTS Conv | A | Interest | J | T | | | | | |
| 166. -Omnicare Inc. Conv. Debs | A | Interest | J | T | | | | | |
| 167. -Sterlite Industries India Ltd. | A | Interest | | | Sold | 10/30/14 | J | A | |
| 168. -Brookfield Infrastructure Partners LP MLP | | None | J | T | | | | | |
| 169. -Dorchester Minerals LP MLP | | None | | | Sold | 08/25/14 | J | A | |
| 170. -AMG Cap Tr 1 Preferred | A | Interest | | | Sold | 01/14/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Bunge Limited Conv Preferred | A | Dividend | J | T | | | | | |
| 172. -Dell Inc | A | Interest | J | T | | | | | |
| 173. -Credit. Accep Corp Mich NTS B/E | A | Interest | | | Sold | 02/21/14 | J | | |
| 174. -ADT Corp NTS B/E | A | Interest | J | T | | | | | |
| 175. -Unisys Corp NTS B/E | A | Interest | J | T | | | | | |
| 176. -Lennar Corp NTS | A | Interest | J | T | | | | | |
| 177. Total Sys Services In | A | Interest | J | T | Buy | 04/04/14 | J | | |
| 178. Best Buy Co Inc NTS B/E | A | Interest | J | T | Buy | 03/07/14 | J | | |
| 179. Sesi L L NTS B/E | | None | J | T | Buy | 11/04/14 | J | | |
| 180. Tealwood #71 (H) | | | | | | | | | |
| 181. -Compania Cervecerias Unidas S A Chile Spon ADR | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 182. -Dun & Bradstreet Corp New | A | Dividend | J | T | | | | | |
| 183. -Enstar Group Ltd ORD | | None | J | T | Buy | 12/17/14 | J | | |
| 184. -EPL Oil & Gas Inc Com | | None | | | Sold | 04/03/14 | J | A | |
| 185. -Evertec Inc. | | None | J | T | Buy | 02/19/14 | J | | |
| 186. -Fair Isaac Corp | A | Dividend | J | T | | | | | |
| 187. -Fiserv Inc | | None | J | T | Sold (part) | 06/11/14 | J | C | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | -Fleetcor Technologies | | None | J | T | Sold (part) | 06/02/14 | J | C | |
| 189. | -IAC Interactive Corp. Idacorp Inc. | A | Dividend | J | T | | | | | |
| 190. | -Integra LifeSciences Hldg | | None | J | T | | | | | |
| 191. | -Interdigital Inc (PA) | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 192. | -Janus Capital Group | A | Dividend | J | T | | | | | |
| 193. | -Jazz Pharmaceuticals PLC | | None | J | T | Sold (part) | 08/28/14 | J | C | |
| 194. | -Leucadia National Corp | | None | | | Sold | 02/24/14 | J | | |
| 195. | -Mallinckrodt Pub LTD Co | | None | J | T | Buy | 08/15/14 | J | | |
| 196. | -Myriad Genetics Inc New | | None | | | Sold | 01/08/14 | J | | |
| 197. | -NASDAQ WMC Group | A | Dividend | J | T | Buy (add'l) | 07/30/14 | J | | |
| 198. | -Neustar Inc Cl A | | None | | | Sold | 06/19/14 | J | | |
| 199. | -Noble Corp PLC | A | Dividend | | | Sold | 06/06/14 | J | | |
| 200. | -Northern Oil & Gas Inc (MN) | | None | J | T | | | | | |
| 201. | Navigator Holdings Ltd | | None | J | T | Buy | 10/16/14 | J | | |
| 202. | Open Text Corp | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 203. | PRA Group Inc. | | None | J | T | Buy | 10/09/14 | J | | |
| 204. | -Principal Financial Group Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Pure Cycle Corp New | | None | J | T | | | | | |
| 206. -Questcor Pharmaceuticals | A | Dividend | | | Sold | 08/18/14 | J | B | |
| 207. -Rovi Corp Com | | None | J | T | | | | | |
| 208. -RPX Corp | | None | J | T | | | | | |
| 209. -Santarus Inc | | None | | | Sold | 01/09/14 | J | B | |
| 210. -Synopsys Inc. | | None | J | T | Buy | 10/14/14 | J | | |
| 211. -Telefex Inc | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 212. -Tivo Inc | | None | J | T | | | | | |
| 213. -Torchmark Corp | A | Dividend | J | T | | | | | |
| 214. -United Therapeutics Corp | | None | J | T | Buy (add'l) | 07/16/14 | J | | |
| 215. -Vantiv Inc CL A | | None | J | T | | | | | |
| 216. -Verifone Systems Inc | | None | J | T | | | | | |
| 217. -Web Com Group Inc | | None | J | T | Buy (add'l) | 09/14/14 | J | | |
| 218. | | | | | Sold (part) | 08/12/14 | J | | |
| 219. -Wintrust Financial Corp | A | Dividend | | | Sold | 02/18/14 | J | B | |
| 220. Space Data Corp | | None | K | W | | | | | |
| 221. Rational Energies | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. LEAP Enterprises, personal loan - note agreement | | None | M | T | Open | 10/29/14 | M | | |
| 223. Rental Property, Mpls., MN Bought 5/30/02 for $221,500 | E | Rent | | | Sold | 03/21/14 | M | | |
| 224. American Funds - The Frowth Fund of American | A | Dividend | K | T | | | | | |
| 225. American Funds - Washington Mutual Invest. Funds - R2 | A | Dividend | J | T | | | | | |
| 226. American Funds - Capital World Growth and Income R-2 | A | Dividend | J | T | | | | | |
| 227. American Funds - Capital Income Builder - R2 | A | Dividend | K | T | | | | | |
| 228. American Funds - Intermediate Fund of America - R2 | A | Dividend | K | T | | | | | |
| 229. American Funds - Capital World Bond Fund - R2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: I ended my tenure as a director at MacPhail on August 31, 2013.

The following are explanations related to Part VII:

Lines 140-179 are reported assets under the holding account "Tealwood #70."

Lines 180-219 are reported assets under the holding account "Tealwood #71."

Line 129 - Tesco PLC Spons ADR was first purchased on 5/16/13. I failed to list it in 2013 Report.

Lines 224-229- These investments were described in Line 228 of the 2013 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544